**Opinion issued November 21, 2017**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-17-00073-CV

————————————

**RAYMOND BOOKER, Appellant**

**V.**

**OSCAR GUERRERO, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1060392**

---

## MEMORANDUM OPINION

Appellant, Raymond Booker, has failed to timely file his appellate brief. *See*
TEX. R. APP. P. 38.6(a), (d), 38.8(a)(1). Further, appellant has neither paid the
required filing fee nor established indigence for purposes of appellate costs. *See id.*
5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.851(b), 51.941(a),

101.041(1) (West 2015); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified by this Court's June 8, 2017 Order and Notice of Intent to Dismiss for Want of Prosecution that this appeal was subject to dismissal for failure to pay the required fee, and by Clerk's July 25, 2017 notice that this appeal was subject to dismissal for failure to file the appellant's brief, appellant failed to timely respond. *See id.* 5, 38.8(a)(1), 42.3(b), (c).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief and for failure to pay all required fees. *See* TEX. R. APP. P. 5, 38.8(a)(1), 42.3(b), (c).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Bland.